UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAMICKO MURRAY McIVER,                        :
                                              :
                Plaintiff,           :
   -against-                                 :         ORDER
                                              :
COMMISSIONER OF SOCIAL SECURITY,              :         19-CV-10264 (KPF)(KNF)
                                              :
                Defendant.           :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Plaintiff Tamicko Murray McIver shall, on or before September 22, 2020, file her response to the defendant's motion to dismiss. Any reply shall be served and filed on or before October 13, 2020.

      **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York          SO ORDERED:
       September 1, 2020

                                                                   _Kevin Nathaniel Fox_
                                                                KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE